**Order entered June 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00692-CV

### IN RE BILLY HARRIS AND DEMAKI HARRIS, Relator

**Original Proceeding from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-04569-B**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of injunction. We **DENY** relator's expedited motion for issuance of writ of injunction. We **ORDER** relator to bear the costs of this original proceeding.

/s/     DOUGLAS S. LANG
           JUSTICE